IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | Cause No. CR 08-153-BLG-SPW |
|---|---|
| Plaintiff/Respondent, | |
| vs. | ORDER DISMISSING § 2255 MOTION WITHOUT PREJUDICE |
| WENDELL DEAN KOPP, | |
| Defendant/Movant. | |

This case comes before the Court on Defendant/Movant Kopp's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Kopp is a federal prisoner proceeding pro se.

On October 11, 2016, Kopp notified the Court that he wished to withdraw the motion. Accordingly, IT IS HEREBY ORDERED that Kopp's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 129), is DISMISSED without prejudice.

DATED this 12th day of October, 2016.

SUSAN P. WATTERS
United States District Judge